

Robert H. Bernstein
Tel 973.360.7946
Fax 973.301.8410
bernsteinrob@gtlaw.com

April 25, 2024

**VIA ECF FILING**
The Honorable Jennifer H. Rearden
United Stated District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007-1312

    Re:    *Povinelli v. Kroll, LLC*
             Case No. 1:24-cv-02066

Dear Judge Rearden:

      This Firm represents Defendant Kroll, LLC ("Kroll") in this matter (Case No. 1:24-cv-02066 or "Povinelli's Case"). We write jointly with Plaintiff's counsel to advise that Kroll filed a related case against Anna Povinelli in this court (Case No. 1:24-cv-01977 or "Kroll's Case"), pending before Judge Mary Kay Vyskocil.

      Pursuant to Federal Rule of Civil Procedure, Rule 42(a) and S.D.N.Y. Local Civil Rule 13, we respectfully request that the Court consolidate these cases because they "concern the same or substantially similar parties, property, transactions or events," "there is substantial factual overlap," "the parties could be subjected to conflicting orders," and "absent a determination of relatedness there would be a substantial duplication of effort and expense, delay, or undue burden on the Court, parties or witnesses." S.D.N.Y. L.R. 13(a)(1).

      Briefly, Kroll's Case centers on Povinelli's alleged misappropriation of Kroll's proprietary and confidential information, which lead to the termination of her employment with Kroll. Povinelli's Case asserts Kroll discriminated against Ms. Povinelli based upon her gender, subjected her to sexual harassment and terminated her for pretextual reasons in retaliation for objecting to the harassment and discrimination in violation of New York State Human Rights Law ("NYSHRL") and New York City Human Rights Law ("NYSHRL").

      Kroll's and Povinelli's claims and defenses against the other in each case are factually intertwined. Proceeding with these cases separately will not only result in "a substantial duplication of effort and expense," but could lead to conflicting outcomes on certain factual and

**Greenberg Traurig, LLP | Attorneys at Law**

500 Campus Drive  |  Suite 400  |  Florham Park, New Jersey 07932  |  T +1 973.360.7900  |  F +1 973.301.8410

Albany. Amsterdam. Atlanta. Austin. Berlin�301. Boston. Charlotte. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Kingdom of Saudi Arabia⸰. Las Vegas. London⸰. Long Island. Los Angeles. Mexico City⸱. Miami. Milan⸱. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Portland. Sacramento. Salt Lake City. San Diego. San Francisco. Seoul⸰. Shanghai. Silicon Valley. Singapore⸰. Tallahassee. Tampa. Tel Aviv⸰. Tokyo⸰. United Arab Emirates⸰. Warsaw⸰. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ¬Greenberg Traurig Germany, LLP; «Greenberg Traurig Khalid Al-Thebity Law Firm; ᴬA separate UK registered legal entity; ÷Greenberg Traurig, S.C.; »Greenberg Traurig Santa Maria; ∞Greenberg Traurig LLP Foreign Legal Consultant Office; ⁻Greenberg Traurig Singapore LLP; ^A branch of Greenberg Traurig, P.A., Florida, USA; ¤GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho; ¿Greenberg Traurig Limited; ~Greenberg Traurig Nowakowska-Zimoch Wysokiński sp.k.

www.gtlaw.com

ACTIVE 697423737v1

The Honorable Jennifer H. Rearden
April 25, 2024
Page 2

legal issues. S.D.N.Y. L.R. 13(a)(1). As such, the parties respectfully request that Kroll's Case and Povinelli's Case be consolidated.

  Thank you for Your Honor's attention to this matter.

                Respectfully submitted,


            By: */s/ Robert Bernstein*
              Robert H. Bernstein
              (*pro hac vice*)
              Michael J. Slocum
              GREENBERG TRAURIG, LLP
            *Attorneys for Defendant Kroll, LLC*

cc: All counsel of record (via ECF)