

Robert H. Bernstein
Tel 973.360.7946
Fax 973.301.8410
bernsteinrob@gtlaw.com

July 29, 2024

**VIA ECF FILING**

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007-1312

**Re:**   *Povinelli v. Kroll, LLC*
           Case No. 1:24-cv-02066

Dear Judge Rearden:

    This Firm represents Defendant Kroll, LLC ("Kroll") in this matter (Case No. 1:24-cv-02066). We write jointly with counsel for Plaintiff (copied), pursuant to the May 28, 2024 Letter Order [ECF No. 21] to report on the status of mediation and the parties' efforts to resolve this case.

    The parties initially scheduled mediation to take place on July 23, 2024, but this session was canceled due to a scheduling conflict on the part of the mediator. As of the filing of this status letter, the parties have discussed scheduling the mediation during the week of September 16, 2024. Once the date of mediation is confirmed, the parties will update Your Honor.

    Thank you for Your Honor's attention to this matter.

                                          Respectfully,

                                          Robert H. Bernstein

cc: All Counsel of Record (via ECF)

**Greenberg Traurig, LLP | Attorneys at Law**
500 Campus Drive  |  Suite 400  |  Florham Park, New Jersey 07932  |  T +1 973.360.7900  |  F +1 973.301.8410

www.gtlaw.com

ACTIVE 700447349v1