

Kaiser Saurborn & Mair, P.C.
30 Broad Street, 37th Floor
New York, New York 10004
www.ksmlaw.com

Daniel J. Kaiser
+1.212.338.9100 x317
+1.646.607.9371 fax
kaiser@ksmlaw.com

October 9, 2024

**BY ECF**
Hon. Jennifer H. Rearden
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007-1312

      Re:    Anna Povinelli v. Kroll, LLC
              Case No.: 24 Civ. 02066 (JHR)

Dear Judge Rearden:

    I represent plaintiff and write in connection with the above referenced matter.

    The parties engaged in a mediation that was twice previously adjourned on October 2, 2024. The mediation was not successful. The parties are now ready to proceed with discovery.

    Plaintiff respectfully requests that a preliminary conference be scheduled.

    Thank you for your time and attention.

                                    Respectfully submitted,

                                    Daniel J. Kaiser

DJK/sz