UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNA POVINELLI, | |
|                    Plaintiff, | 24-CV-02066 (JAV) |
|      v. | **NOTICE OF REASSIGNMENT** |
| KROLL, LLC, | |
|                    Defendant. | |

JEANNETTE A. VARGAS, United States District Judge:

       This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-jeannette-vargas. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: February 7, 2025
       New York, New York

                                                      _____
                                                      JEANNETTE A. VARGAS
                                                      United States District Judge