UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNA POVINELLI,<br><br>    *Plaintiff,*<br>v.<br><br>KROLL, LLC,<br><br>    *Defendant.* | Civil Action No. 1:24-cv-02066<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

TO:    Daniel J. Kaiser, Esq.
        Kaiser Saurborn & Mair, P.C.
        30 Broad Street, 37th Floor
        New York, New York 10004
        Attorneys for Defendant

    **PLEASE TAKE NOTICE** that on a date and time to be determined by the Court, Greenberg Traurig, LLP, attorneys for Defendant Kroll, LLC, will move for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment dismissing every count of the complaint herein.

    **IN SUPPORT** thereof, Defendant will reply upon its Memorandum of Law, Statement of Facts, and the Certification of Robert H. Bernstein, with exhibits, filed herewith.

    Oral argument is requested.

Dated: July 18, 2025

                              Respectfully submitted,

                              **GREENBERG TRAURIG, LLP**

                              */s/ Robert H. Bernstein*
                              Robert H. Bernstein
                              *Attorneys for Plaintiff*
                              *Kroll LLC*
                              500 Campus Drive, Suite 400
                              Florham Park, New Jersey 07932-0677
                              (973)360-7900 (Phone)
                              (973)301-8410 (Facsimile)
                              bernsteinrob@gtlaw.com